UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KEITH GORMEZANO, | Civil No. 2:20-CV-00361-RAJ |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including August 24, 2020, to file a response to Plaintiff's Complaint, including the certified administrative record, which shall be filed within ten days of its availability to the Office of the General Counsel. If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file an additional motion for extension every 28 days until the certified administrative record becomes available.

DATED this 28th day of July, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Page 1       ORDER - [2:20-CV-00361-RAJ]