UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH GORMEZANO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　Defendant. | Case No. C20-361 RAJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

　　　　This matter is before the Court on Defendant's Motion for Remand.  Dkt. 13. Based on the motion and accompanying declarations, and that Plaintiff has filed no opposition, Defendant's motion is **GRANTED**.

　　　　It is hereby **ORDERED** that the Commissioner's decision be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge.  On remand, the ALJ will address Plaintiff's request for a hearing regarding his initial overpayment amount of $64,960.10. Also, the ALJ will refer the second overpayment amount ($14,172.00) to the field office and the field office will issue a reconsideration determination notice with appeal rights. The ALJ will offer Plaintiff an opportunity for a hearing, take any further action needed

to complete the administrative record, and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 21st day of September, 2020.

_____
The Honorable Richard A. Jones
United States District Judge