UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH GORMEZANO, | Case No.: 2:20-CV-00361-RAJ |
| | ~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION FOR EAJA FEES AND COSTS/REIMBURSEMENT |
| Plaintiff, | |
| vs. | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Gormezano v. Saul, Comm'r SSA
~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S
MOTION FOR EAJA FEES/COSTS – page 1

Harvey Grad, WSBA 6506
Harvey Grad, PS
323 Queen Anne Ave. N., Ste. 102
Seattle, WA 98109
Ph.: 206.331.3927 – Fax: 206.327.9284

**IT IS ORDERED AND ADJUDGED** that Plaintiff is awarded EAJA fees in the sum of $2,057.36, and *expenses* of $21.30 to reimburse service of process to be paid directly to (as payee) Attorney Harvey Grad, at 323 Queen Anne Ave. N., Suite 102, Seattle, WA 98109.

In addition, Plaintiff shall be reimbursed **$400.00** for the filing fee advanced directly by plaintiff who paid the same by credit card; the Government shall issue a check in that amount payable to Plaintiff, Keith Gormezano and may be delivered to Plaintiff's counsel, Harvey Grad.

Dated this 3rd day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Gormezano v. Saul, Comm'r SSA
PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION FOR EAJA FEES/COSTS – page 2

**Harvey Grad, WSBA 6506**
**Harvey Grad, PS**
**323 Queen Anne Ave. N., Ste. 102**
**Seattle, WA 98109**
**Ph.: 206.331.3927 – Fax: 206.327.9284**